# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

MAY 08 2023

Clerk, U.S. Courts
District of Montana
Helena Division

Case No. ____________________
(to be filled in by the Clerk's Office)

John Simpson
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Capt. Bragg, & Lewis & Clark County
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John Simpson
Street Address: 221 Breckenridge
City and County: Helena, Lewis & Clark County
State and Zip Code: Mt. 59601
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | [illegible] |
| City and County | Helena, Lewis & Clark County |
| State and Zip Code | Mt. 59601 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Lewis & Clark County |
| Job or Title *(if known)* | |
| Street Address | 221 Breckenridge |
| City and County | Helena, Mt., Lewis & Clark |
| State and Zip Code | Mt 59601 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Helena, Montana. Lewis & Clark County

B. What date and approximate time did the events giving rise to your claim(s) occur?

16 Dec 2022 at or around 20:07

On or about the Second of Sept 2022 the above named Plaintiff was arrested and placed into the coustody of the Broadwater Cound Detention Center, then later transferred to the lewis and Clark Dention Center on 28 Sept 2022. Pending the plaintiffs constitutionally protected right to a trial by a jury of his piers.

This placement was in relation to the plaintiff being charged with a crime completely unrelated to the plaintiffs spouse. The plaintiff and his spouse were married on 4 July 2014 and are currently still married. Futhermore the spouse believes in her husbands innocence where these charges are concerned. The spouse has been vocal in this matter towards the allegations. The sporse was an eye witness to the falsehood of the allegations against her husband.

Despite this fact, on 16 Dec 2022 three and a half months after the plaintiffs arrests around 20:07 and with no warning, preamble, or even a single explanation the counties attornies office ordered the Lewis and Clark County Dentention Center to place a communication restriction on all the plaintiffs communications with his spouse of almost 9 years. At no time was a court order in place between the plaintiff and his wife.

Said action was a effort by the state to influence the plaintiff, to break down his spirit or break down his moral.

The plaintiff argues that this action is not only against the basic humanity that most Americans expect there public officials to maintain. But, as well, the said action violates the U.S. Constitution, and its constitutional protections of the presumption of innocence untill proven guilty and constitutionally protections That set forth to protect the sanctity of marriage and home from the unprovoked attacks of government. This protection protects Americans from a government

agency bent on erroding the maritial assets and loving relationships via a forced seperation by the state to prosecute a weak criminal case that has no chance of a jury reaching a verdict of guilty. Especially with an eye witness to the innocence of the above named plaintiff.

"The Central principle behind the privilege is to protect the sanctity of the marriage and home" In re marriage of Sarsfield 206 Mont, 397, 406, 671 P.2d 595

The plaintiff argues that the defendants actions of barring communication between the plaintiff and his spouse as well violate the costitutional barring cruel and unusual punishment. The act of incarceration is on its face value hard enough, but removing all family communication Isolates the plaintiff and results in severe mental anguish for the Constitutionally presumed innocent plaintiff and the innocent spouse; and serves absolutely no instotional purpose of facility safety. Lewis and Clark County via Capt Braggs policies has slowely erroded the rights of inmates under his care and in this case severely overstepped the states presumed rights to protect the public and the facility itself. Capt Bragg has allowed the state prosectorial interest to directly influence an inmates access to the constitutionally protected right of marital Communication for no other reason but to force via severe Cruel and unusual punishment the plaintiff into mental fatigue causing him the possibility of excepting offers and options not open to other wise, Just to have the communications opened.

This tactic becomes self evident when you

Att. "A"
Page 3 of 3

Observe Lewis and Clarks County Conviction Rate which is slightly over 98%. The State uses the above tactics to break down the Inmates which makes them desprate for the abuse to stop. They will agree to almost anything to stop the punishment and poor treatment. This in itself gives the state an unfair advantage, an open hand when the state has unbridled leverage to abuse Inmates Constitutional rights and no oversight to stop the abuse.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please See Att. "A", pages 1

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

How Do you put in words the pain that I am going through. My wife and children and I cant talk to them, my wife was the person who leveled me out. Now I truely feel alone there is no ryme or reason I can't say and hear from my wife and family.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) All legal cost

2.) $40.00 U.S.D.

3.) A permenant injunction against barring communication between spouses without a court order.

4.) An injunction ~~temporar~~ granting the Plaintiff communication with his spouse pending the outcome of this Civil action.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 16 APR 2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff John Simpson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address